# SAUL EWING ARNSTEIN & LEHR LLP

Stephanie L. Denker
Phone: (212) 980-7214
stephanie.denker@saul.com
www.saul.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

November 17, 2020

**VIA ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[handwritten: Adjourned. Jnt [joint] report from [illegible] you on 12/30]*

Re: *Dr. Michael Saag, individually and on behalf of all others similarly situated v. AGA Service Company d/b/a Allianz Global Assistance, et al.*
Civil Action No.:   1:20-cv-06704-CM

Dear Judge McMahon:

We represent Defendants AGA Service Company d/b/a Allianz Global Assistance and Jefferson Insurance Company ("Defendants") in the above-captioned matter. Pursuant to the Court's Order Scheduling an Initial Pretrial Conference (Dkt. 17), the parties are scheduled to appear for an initial conference on November 20, 2020 at 10:30 a.m.

On October 23, 2020, Defendants filed their Motion to Dismiss and to Strike (Dkt. 20-21). Following the filing of Defendants' motion, the parties began discussions which may lead to the dismissal of Plaintiff's claim in its entirety. The parties require additional time to complete their discussions. Accordingly, Defendants respectfully request that the November 20, 2020 initial conference be adjourned and that the parties submit a joint status report on or before December 30, 2020 indicating whether the case will be dismissed.

Plaintiff has consented to this request, which is submitted jointly on behalf of both parties. This request to adjourn the initial conference will not impact any other scheduled deadline.

Thank you for your attention to this matter.

1270 Avenue of the Americas, Suite 2005 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7209

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

November 17, 2020
Page 2

Respectfully submitted,

/s/ Stephanie L. Denker
Stephanie L. Denker

CC:    Brian R. Morrison, Esq. (via ECF)
        Patrick C. Marshall, Esq. (via ECF)
        Ariana Tadler, Esq. (via ECF)
        James M. Terrell, Esq. (via ECF)
        Courtney C. Gipson, Esq. (via ECF)

11/19/2020